AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| RealD Inc.<br>*Plaintiff(s)*<br>v.<br>Harkins Enterprises, Inc. (SEE ATTACHMENT 1)<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-13124 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Harkins Enterprises, Inc.
c/o C T Corporation System
Agent for Service of Process
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ashley M. Koley
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

ASHLEY M. KOLEY, CA Bar No. 334723
akoley@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071
TELEPHONE: 213.972.4535

R. SPENCER MONTEI, (*Pro Hac Vice Forthcoming*)
IL Bar No. 6313532
WI Bar No. 1087456
rmontei@foley.com
**FOLEY & LARDNER LLP**
321 N. CLARK STREET, SUITE 3000
CHICAGO, IL 60654
TELEPHONE: 312.832.4354

PAVAN AGARWAL, (*Pro Hac Vice Forthcoming*)
VA Bar No. 40351
DC Bar No. 459614
pagarwal@foley.com
**FOLEY & LARDNER LLP**
3000 K STREET, N.W. SUITE 600
WASHINGTON, D.C. 20007
TELEPHONE: 202.945.6162

*Attorneys for Plaintiff*
*RealD Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REALD INC., a Delaware corporation,

Plaintiff,

vs.

HARKINS ENTERPRISES, INC., an Arizona corporation; HARKINS ADMINISTRATIVE SERVICES, INC., an Arizona corporation; HARKINS REEL DEALS, LLC, an Arizona limited liability company, d/b/a HARKINS THEATRES; HARKINS MORENO VALLEY, LLC, an Arizona limited liability company; HARKINS CHINO HILLS, LLC, an Arizona limited liability company; HARKINS CERRITOS, LLC, an Arizona limited liability company; and HARKINS REDLANDS, LLC, an Arizona limited liability company,

Defendants.

Case No. 2:26-cv-13124

**COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**